IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HENRY A. JONES,

      Plaintiff,                         No. CIV S-10-3206 MCE EFB P

    vs.

SAHOTA, et al.,

      Defendants.             <u>ORDER</u>

      Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. Plaintiff has filed a document that the court construes as a motion for injunctive relief. *See* Dckt. No. 28. Defendants have not yet appeared in this action.

      Accordingly, it is hereby ORDERED that:

      1. Defendants are ordered to respond to plaintiff's allegations, as explained above, within fourteen days of the date of this order.

      2. The Clerk of the court shall serve a copy of this order on Monica Anderson, Supervising Deputy Attorney General.

Dated: August 11, 2011.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE