IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HENRY A. JONES,

     Plaintiff,                  No. CIV S-10-3206 MCE EFB P

     vs.

SAHOTA, et al.,

     Defendants.         ORDER

_____/

     Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. On August 12, 2011, the court directed plaintiff to submit two copies of the February 9, 2011 endorsed amended for the U. S. Marshal to serve defendants. Plaintiff submitted no copies. He has failed to comply with the order.

     It therefore is ORDERED that plaintiff has 20 days from the date of this order either to explain his failure to comply with the August 12, 2011 order, or to submit two copies of his amended complaint. Failure to comply with this order will result in a recommendation that this action be dismissed. The Clerk is directed to send to plaintiff one copy of the February 9, 2011 pleading.

DATED: August 31, 2011.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HENRY A. JONES,

      Plaintiff,               No. CIV S-10-3206 MCE EFB P

      vs.

SAHOTA, et al.,

      Defendants.       <u>NOTICE OF SUBMISSION OF DOCUMENTS</u>

_____/

      Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

      __2__      copies of the February 9, 2011 First Amended Complaint

Dated:

                                                 Plaintiff