IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENRY A. JONES, | No. 2:10-cv-03206-MCE-EFB P |
| Plaintiff, | |
| vs. | ORDER |
| SAHOTA, et al., | |
| Defendants. | |
| _____/ | |

    Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

    On November 30, 2011, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within fourteen days. Plaintiff has filed objections to the findings and recommendations.

///

///

///

1	In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this
2	Court has conducted a <u>de</u> <u>novo</u> review of this case.  Having carefully reviewed the entire file, the
3	Court finds the findings and recommendations to be supported by the record and by proper
4	analysis.
5	Accordingly, IT IS HEREBY ORDERED that:
6	1.  The findings and recommendations filed November 30, 2011 (ECF No. 53), are
7	ADOPTED in full;
8	2.  Plaintiff's motion for injunctive relief is denied; and
9	3.  The Clerk is directed to terminate docket entries 28 and 38.

Dated:  February 7, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE