IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HENRY A. JONES,

     Plaintiff,                       No. 2:10-cv-3206 MCE EFB P

     vs.

SAHOTA, et al.,

     Defendants.              ORDER

                                 /

        Plaintiff, a state prisoner proceeding *pro se*, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

        On July 31, 2012, the magistrate judge filed findings and recommendations herein (ECF No. 101) which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days from the date the findings and recommendations were served. Plaintiff has filed objections to the findings and recommendations.

///

///

1

1  In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule
2 304, this Court has conducted a *de novo* review of this case.  Having carefully reviewed the
3 entire file, including objections, the Court finds the findings and recommendations to be
4 supported by the record and by proper analysis.
5  Accordingly, IT IS HEREBY ORDERED that:
6  1.  The findings and recommendations (ECF No. 101) filed July 31, 2012, are
7 ADOPTED IN FULL; and
8  2.  Plaintiff's motion for a preliminary injunction (ECF Nos. 58, 63, 71, 72, 77,
9 81, 85, 87-1, 91, 99) is DENIED.

Dated:  September 20, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

2