IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HENRY A. JONES,

     Plaintiff,                     No. 2:10-cv-3206 MCE EFB P

     vs.

SAHOTA, et al.,

                             ORDER

     Defendants.

_____/

     Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. This order concerns plaintiff's "motion for complete disposition taken of plaintiff," which the court construes as a request for a deposition transcript. Dckt. No. 125. The officer before whom a deposition is taken must retain stenographic notes of the proceedings. Fed. R. Civ. P. 30(f)(3). "When paid reasonable charges, the officer must furnish a copy of the transcript . . . to any party or deponent." *Id.* Thus, after plaintiff pays for a copy of his deposition transcript, he may then obtain it from the officer before whom the deposition was taken. Plaintiff cites to no authority suggesting that either the court or the defendants, should instead be forced to bear this cost.

////

////

1  Accordingly, IT IS HEREBY ORDERED that plaintiff's motion for a deposition
2  transcript (Dckt. No. 125) is denied.
3  DATED: December 19, 2012.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE