IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENRY A. JONES, | No. 2:10-cv-03206 MCE EFB P |
| Plaintiff, | |
| vs. | ORDER |
| SAHOTA, et al., | |
| Defendants. / | |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On January 22, 2013, the Magistrate Judge filed findings and recommendations herein (ECF No. 127) which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. Neither party filed objections to the findings and recommendations.  On February 26, 2013, this Court adopted the findings and recommendations, dismissed this action, and judgment was entered.

////

1

1     Thereafter, on March 11, 2013, Plaintiff requested reconsideration of the findings
2 and recommendations, in light of his objections thereto, which he claims to have timely mailed
3 to the Court.  Although the Court did not receive those objections, Plaintiff submits them as an
4 exhibit to his request for reconsideration.  (ECF No. 133 Ex. A).  In an abundance of caution, the
5 Court will grant Plaintiff's request to consider his objections.  Accordingly, the February 26,
6 2013 Order adopting the findings and recommendations is hereby reconsidered in light of the
7 Plaintiff's recently submitted objections.[1]  However, nothing presented in Plaintiff's objections
8 warrants vacating the judgment in this case.
9     In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule
10 304, this Court has conducted a de novo review of this case, including Plaintiff's objections to
11 the findings and recommendations of the Magistrate Judge.  Having carefully reviewed the entire
12 file, the Court again finds the findings and recommendations to be supported by the record and
13 by proper analysis.
14     Accordingly, IT IS HEREBY ORDERED that the Order entered on February  26,
15 2013 (ECF No. 130) adopting in full the findings and recommendations and granting
16 Defendants' motion for summary judgment filed is CONFIRMED.
17 DATED:    March 27, 2013

MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT JUDGE

---

[1] See Fed. R. Civ. P. 59(e) and 60(b).

2